RECEIVED
APR 1 4 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:21-cr-063 |
| v. | INDICTMENT |
| BRITTNI MONIQUE WRIGHT, | T. 18 U.S.C. § 922(a)(6) |
| | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(False Statement During Purchase of a Firearm)**

On or about June 5, 2020, in the Southern District of Iowa, the defendant, BRITTNI MONIQUE WRIGHT, in connection with the acquisition of a firearm, namely: a Ruger, Model EC9, 9mm pistol with serial number 457-52929, from JT Guns & Supply, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of acquisition of said firearm. Specifically, the defendant falsely represented on ATF Form 4473: (1) Question 11a, that she was the actual transferee/buyer of the firearm; and (2) Question 11e, that she was not an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
**(False Statement During Purchase of a Firearm)**

On or about June 8, 2020, in the Southern District of Iowa, the defendant, BRITTNI MONIQUE WRIGHT, in connection with the acquisition of a firearm, namely: a Taurus, Model G2C, 9mm pistol with serial number ABD452400, from JT Guns & Supply, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of acquisition of said firearm. Specifically, the defendant falsely represented on ATF Form 4473: (1) Question 11a, that she was the actual transferee/buyer of the firearm; and (2) Question 11e, that she was not an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Unlawful Drug User in Possession of a Firearm)**

Between on or about June 5, 2020, and July 8, 2020, in the Southern District of Iowa, the defendant, BRITTNI MONIQUE WRIGHT, in and affecting commerce, knowingly possessed a firearm, namely one or more of the following:

1. Ruger, Model EC9, 9mm pistol with serial number 457-52929;
2. Taurus, Model G2C, 9mm pistol with serial number ABD452400; and
3. Beretta, Model APX, .40 caliber pistol with serial number A008525Y.

At the time of the offense, the defendant knew she was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 1, 2, and/or 3 of this Indictment, the defendant, BRITTNI MONIQUE WRIGHT, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearms identified in Counts 1, 2, and 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
MacKenzie Benson Tubbs
Assistant United States Attorney